UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY CONNER, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 18-10615-MGM |
| | ) |
| v. | ) |
| | ) |
| THE FEDERAL CATERING, LLC, | ) |
| | ) |
| Defendant. | ) |

SETTLEMENT ORDER OF DISMISSAL
September 19, 2018

The court, having been advised on September 19, 2018, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

 /s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk